UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   **2:23-cv-06875-GW-MAA**                                                   Date:  June 26, 2025

Title     Sumoyyah Lee et al v. County of Los Angeles et al

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (in Chambers):**     ORDER TO SHOW CAUSE RE THIRD PARTIES' FAILURE TO COMPLY WITH COURT PROCEDURES RE INFORMAL DISCOVERY CONFERENCES

    On June 19, 2025, Plaintiffs Sumoyyah Lee and Erick J. Lee (collectively, "Plaintiffs") submitted a unilateral request for Informal Discovery Conference ("IDC") related to the failure of Third Parties Margaret Nsubuga/Kayiira ("Kayiira") and Julianna Namujuzi ("Namuzuzi) (collectively, "Third Parties") to adequately respond to Plaintiffs' subpoenas ("IDC Request"). Because the IDC Request is submitted directly to the Chambers of Magistrate Judge Maria A. Audero and not filed in the Court's docket (as is Judge Audero's requirement), it is attached here for reference.  (Attachment 1.)  The section of the IDC Request form for Third Parties to insert their position as to Plaintiff's requested Court intervention is blank except for Plaintiffs' notation "[to be completed by Thomas Sands]," with the reference to Thomas Sands being that he is the attorney who has represented at least Namujuzi in prior proceedings in this case related to her subpoena.  (*See id*.) The Court names this conference "IDC 16" [1] and sets an in-person conference on this matter for **July 7, 2025 at 2:00 p.m.**   (*See* ECF Nos. 169–172.)

    Judge Audero's procedures require parties to a discovery dispute to work cooperatively in preparing and submitting a joint IDC Request.  (*See* https://www.cacd.uscourts.gov/honorable-maria-audero.)  Where the party opposing the discovery does not cooperate in this effort, the moving party is required to submit—via email to Judge Audero's Chambers and cc'ing all parties—a unilateral request for IDC and an accompanying declaration detailing the moving party's efforts to comply with this requirement.  (*See id.*)  In such a case, the opposing party is required to submit—to

---

[1] Yes, shockingly, to date there have been **fifteen (15)** prior discovery disputes brought to the Court for its attention.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **2:23-cv-06875-GW-MAA**                                      Date:  June 26, 2025

Title       Sumoyyah Lee et al v. County of Los Angeles et al

Judge Audero's Chambers, cc'in gall parties, and within twenty-four (24) hours after receipt of the unilateral submission—its portion of the request for IDC accompanied by a declaration responding to the moving party's allegations regarding the opposing party's lack of cooperation in this process. (*See id.*)

As required by Judge Audero's procedures, Plaintiffs submitted the Declaration of Attorney Je Yon Jung in Support of Plaintiffs' Request for IDC Regarding Motion for Contempt Related to Third-Party Subpoenas on Margaret Kayiira and Juliana Nsubuga[2] ("Jung Declaration"), attached here for reference as Attachment 2.  Through the Jung Declaration, Plaintiffs detail the history of this dispute and, relevant to this Order, their unsuccessful efforts to obtain cooperation from Third Parties in preparing the IDC Request. (Attachment 2 at ¶¶ 28–30.)  Specifically, Plaintiffs' counsel attests that she forwarded Plaintiffs' portion of the IDC Request to Third Parties on June 13, 2025, requesting their proposed edits and dates of availability and noting that, if such were not received by June 16, 2025, Plaintiffs would submit the IDC Request unilaterally. (*Id.* at ¶¶ 24–28.)  Plaintiffs' counsel then extended the response date to June 17, 2025. (*Id.* at ¶ 29.)  No response was received from Third Parties as of June 19, 2025, at which time Plaintiffs submitted their unilateral IDC Request.[3] (*Id.* at ¶ 30.)

To date, Third Parties have not complied with their obligation to submit their portion of the IDC Request and the accompanying declaration explaining their lack of cooperation in this process. Accordingly, the Court **ORDERS** Third Parties to show cause in writing by **no later than June 30, 2025** why they and/or their counsel should not be sanctioned for their failure to comply with the Court's procedures requiring them to participate in the IDC process.   Alternatively, the OSC will be discharged upon the filing of Third Parties' portion of the IDC Request, the required accompanying declaration, and any documents supporting their position by **June 27, 2025**.

   **It is so ordered.**

Attachments:
   (1) IDC Request
   (2) Jung Declaration
   (3) Plaintiffs' email submission of IDC Request

---

[2] The Court understands this reference to be to Namujuzi rather than Kayiira nee Nsubuga.
[3] Although the IDC Request is dated June 18, 2025, it was not submitted until June 19, 2025. (*See* Attachment 3.)