Je Yon Jung, Esq. (SBN #329774)
**LEAR WERTS LLP**
333 City Blvd. West
Suite 327
Orange, CA 9286
T: (818) 869-6476
F: (202) 618-8282
jyj@learwerts.com

Olu K. Orange (SBN #213653)
**ORANGE LAW OFFICES**
3435 Wilshire Blvd, Suite 2910,
Los Angeles, CA 90010
T: 213-736-9900
F: 213-417-8800
oluorange@att.net
*Attorneys for Plaintiffs*

Avi Burkwitz, Esq. (SBN #217225)
aburkwitz@pbbgbs.com
Sherry M. Gregorio, Esq. (SBN #263856)
sgregorio@pbbgbs.com
Gil Y. Burkwitz, Esq. (SBN #289337)
gburkwitz@pbbgbs.com
Lusine Arshakyan, Esq. (SBN #348834)
larshakyan@pbbgbs.com
**PETERSON BRADFORD
BURKWITZ
GREGORIO BURKWITZ & SU, LLP**
100 North First Street, Suite 300
Burbank, California 91502
T: 818.562.5800
F: 818.562.5810
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMOYYAH LEE, individually and as successor-in-interest,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES ("DCFS"); LLANET "LILY" ACOSTA, social worker at DCFS,<br><br>Defendants. | CASE NO. CV 23-6875-GW-MAA<br><br>HON. JUDGE GEORGE H. WU<br><br>**ORDER RE JOINT STIPULATION RE PLAINTIFFS' ENTITLEMENTS TO ATTORNEYS' FEES AND COSTS** |

*JOINT STIPULATION RE PLAINTIFFS' ENTITLEMENTS TO ATTORNEYS' FEES AND COSTS*

**ORDER**

Following review of the parties Joint Stipulation Re Plaintiffs' Entitlements To Attorneys' Fees And Costs, the Court Rules as follows:

1. In accordance with Fed. R. Civ. P. 54(d), C.D.C.A. L.R. 54, and 42 U.S.C. § 1988, Plaintiffs are entitled to an award of attorneys' fees and costs as the prevailing party on the Federal Claims against the County of Los Angeles. Plaintiffs will be awarded attorneys' fees of $2,493,357.68 and legal costs in the amount of $79,237.66 for a total of ***$2,572,595.34***,[1] in connection with the litigation of this matter, and that this amount be incorporated into the final judgment entered in this matter (Dkt. # 387), with interest to run on this amount from the date of this order being signed;

2. Neither party waives any of their respective arguments, challenges, and/or objections to any issues underlying the Judgment entered in this matter, including any post-trial motion (i.e. new trial motion) or any appellate challenges/review to the underlying judgment.

3. Any obligation to pay and/or satisfy this amount/judgment will only be effective as long as Plaintiffs continue to prevail on their federal claims, whether by any post-trial or appellate challenges (i.e. that the judgment in favor of the plaintiffs on their federal claims are not reversed and/or vacated).

---

[1] See Exhibit A attached to the Parties Joint Stipulation (Dkt. 388).

4. Plaintiffs will not seek further reimbursement for any attorneys' fees accrued and/or costs associated with the litigation of this action incurred as of April 29, 2026. Any attorneys' fees accrued and/or costs expended after this date related to post-trial motions and/or appeals shall be the subject of a separate fee motion, if necessary.

**IT IS SO ORDERED.**

Date: May 4, 2026

_____

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE