**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUMOYYAH LEE, individually and as successor-in-interest to Erick A. Lee,<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES ("DCFS"); LLANET "LILY" ACOSTA, social worker at DCFS,<br><br>Defendants. | CASE NO. CV 23-6875-GW-MAA<br><br>HON. JUDGE GEORGE H. WU<br><br>**AMENDED ORDER FOR FINAL JUDGMENT**<br><br>Trial Date: January 14, 2026<br>Complaint Filed: August 21, 2023<br>FAC Filed: November 16, 2023 |

This action having been tried by a jury with the Honorable Judge George H. Wu presiding, and the jury having duly rendered its unanimous verdict, **IT IS ORDERED, ADJUDGED, and DECREED**:

1. That Judgment is entered in favor of Plaintiffs Sumoyyah Lee, individually and on behalf of Erick A. Lee against Defendant County of Los Angeles on Plaintiffs' two claims against the County under 42 U.S.C. § 1983 for *Monell* violations of Plaintiffs Fourteenth Amendment rights.
2. That Plaintiff Sumoyyah Lee recover from Defendant County of Los Angeles the amount of $1,000,000.00, with interest thereon at the rate provided by law.

3. That Plaintiff Erick A. Lee recover from Defendant County of Los Angeles the amount of $7,000,000.00, with interest thereon at the rate provided by law.

4. That Judgment is entered in favor of Plaintiff Sumoyyah Lee against Defendant Llanet Acosta on Plaintiff's claim of negligence.

5. That Judgment is entered in favor of Defendant Llanet Acosta and against Plaintiff Erick A. Lee as to all claims brought against her by said Plaintiff.

6. That Plaintiff Sumoyyah Lee was found to be 15% comparatively at fault for the negligence claim.

7. That Plaintiff Sumoyyah Lee recover from Defendants County of Los Angeles and Llanet Acosta the amount of $850,000.00 ($1,000,000.00 less $150,000.00) on the negligence claim, with interest thereon at the rate provided by law.

8. That Plaintiff Erick J. Lee was voluntarily dismissed as a party in this action pursuant to Fed. R. Civ. P. 41(a)(1).

9. Motions for taxation of costs and for attorneys' fees shall proceed under Fed. R. Civ. P. 54(d) and L.R. 54.

10. The Court retains jurisdiction to determine reasonable attorneys' fees and costs under 42 U.S.C. § 1988, including enforcement thereof.

**IT IS SO ORDERED AND JUDGMENT HEREBY ENTERED.**[1]

Date: August 20, 2026

HON. GEORGE H. WU,
United States District Judge

[1] This judgment is a correction of the entry of judgment, Dkt. 387, on April 14, 2026, and does not reset any timelines and/or deadlines.